UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Case No.: 1:05cv00362

MAVERICK RECORDING COMPANY, a )
California joint venture; ELEKTRA )
ENTERTAINMENT GROUP INC., a )
Delaware corporation; BMG MUSIC, a New )
York general partnership; CAPITOL )
RECORDS, INC., a Delaware corporation; and )
SONY BMG MUSIC ENTERTAINMENT, a )
Delaware general partnership, )
)
        Plaintiffs, )
)
v. )
)
ROBERT LANEY, )
)
        Defendant. )
)
)
)
)

**DEFAULT BY CLERK**

It appearing from the records in this action that Summons has been served upon Defendant Robert Laney, and it further appearing from the declaration of counsel for Plaintiffs, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that Defendant Robert Laney has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiffs' counsel, the DEFAULT of Defendant Robert Laney hereby is entered.

DATED:  Septembe 5, 2006          By:  s/Joan Gosnell
                                                                         Deputy Clerk